UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ANTECH DIAGNOSTICS INC.,

                Plaintiff,

v.

MILWAUKEE EMERGENCY CENTER
FOR ANIMALS LLC and
MARLA K. LICHTENBERGER,

                Defendants.

Case No. 17-CV-55-JPS

**ORDER**

---

On January 13, 2017, Plaintiff filed a complaint against Defendants, alleging breach of contract and unjust enrichment. (Docket #1). Defendants were served with process on February 8, 2017 (Docket #4 and #5), but neither has filed a responsive pleading in this matter. On March 22, 2017, Plaintiff filed a notice of voluntary dismissal without prejudice. (Docket #7). The Court will adopt that notice of dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(I).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #7) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 23rd day of March, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge